UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60041-CR-COHN/Snow

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JONATHAN ACOSTA RAMIREZ, et al.,

       Defendants.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on defendant **Alfredo Acosta Ramirez'** Motion to Suppress Evidence and Statements (DE 85), which was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation.

## CONCLUSION

It is hereby RECOMMENDED that the Motion to Suppress Evidence and Statements (DE 85) be DENIED based on defendant **Alfredo Acosta Ramirez'** guilty plea on July 26, 2007.

The parties will have ten days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable James I. Cohn, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. <u>LoConte v. Dugger</u>, 847 F.2d 745 (11th

Cir. 1998), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 27th day of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Gennaro Cariglio, Jr., Esq.