UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60041-CR-COHN/Snow

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALFREDO ACOSTA RAMIREZ,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING MOTION TO SUPPRESS EVIDENCE AND STATEMENTS

THIS MATTER is before the Court upon the Defendant ALFREDO ACOSTA RAMIREZ's Motion to Suppress Evidence and Statements (DE# 85). The Court has carefully reviewed the Report and Recommendation (DE #95), the Defendant's Motion as well as the other pertinent documents in the record of this case. After a full and diligent review, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Lurana S. Snow is hereby **ADOPTED in its entirety**, it being further

**ORDERED AND ADJUDGED** that the Defendant ALFREDO ACOSTA RAMIREZ's

Motion to Supress Evidence and Statements (DE #85), is hereby **DENIED**.

**DONE AND ORDERED**, in Fort Lauderdale, Florida, this ___30th___ day of July, 2007.

*[signature]*
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

c: Hon. Lurana S. Snow
Bruce Brown, AUSA
Gennaro Cariglio, Jr., Esq.